AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEONARD WASHINGTON

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 420-154
CR 417-263

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated July 25, 2022 adopting to the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, the Petitioner's 2255 Motion to vacate is denied and this case is dismissed. A Certificate of Appealablity should not be issued. This case stands closed.

July 25, 2022
Date

John E. Triplett, Clerk of Court
Clerk

*James R. Burell*
(By) Deputy Clerk

GAS Rev 10/2020